# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK DILLON, and<br>JAMIE DILLON, as Guardians and<br>Next Best Friends of I.C.D.D., a minor,<br><br>      Plaintiffs,<br><br>v.<br><br>MYLES STEPHENSON, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-25-484-SLP<br>)<br>)<br>)<br>)<br>) |

## **O R D E R**

Plaintiffs filed this action on May 2, 2025.  *See* [Doc. No. 1].  On August 1, 2025, the Court entered an Order to Show Cause [Doc. No. 7] directing Plaintiffs to show cause why their claims against Defendant Myles Stephenson should not be dismissed for failure to effect service of process within 90 days as required by Federal Rule of Civil Procedure 4(m).  On August 7, 2025, Plaintiffs filed a return of service reflecting service upon Defendant Stephenson on August 5, 2025.  *See* [Doc. No. 8].

Plaintiffs also filed a Response [Doc. No. 9] detailing their efforts to serve Defendant Stephenson and explaining that they were able to accomplish service on August 5.  Based on their representations, Plaintiffs have shown good cause for a five day extension of their deadline to serve Defendant Stephenson.  Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").  The Court, acting sua sponte, will therefore, will extend the time Plaintiffs were required to serve Defendant Stephenson by five days.

IT IS SO ORDERED this 26th day of January, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE